

No. 67924.—C. J. Tower & Sons of Buffalo, Inc. *v.* United States, protests 60/20422 and 60/20423 (Buffalo).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of "Diversol" similar in all material respects to that the subject of Abstract 65455, the claim of the plaintiff was sustained.

No. 67925.—Falcon Sales Company et al. *v.* United States, protests 62/15047, etc. (Mobile).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67926.—Biddle Purchasing Co. *v.* United States, protest 62/15194–16661 (New Orleans).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

No. 67927.—Amende-Schultz et al. v. United States, protests 61/2365, etc. (Los Angeles).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of fish blocks similar in all material respects to those